Submitted By:

Fred Hickman (#124406)
   fhickman@afrct.com
Trudi Foutts Loh (#100712)
   tloh@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendants,
GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY; WORLD SAVINGS BANK, FSB, renamed to WACHOVIA MORTGAGE and now a Division of WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUANA HIMOVITZ, an individual<br><br>          Plaintiff,<br>vs.<br><br>GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY; WORLD SAVINGS BANK, F.S.B.; WELLS FARGO BANK and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. CV09 07455 RGK (RCx)<br><br>[PROPOSED]<br><s>CLERK'S</s> JUDGMENT OF DISMISSAL |

1     On April 21, 2010, this Court issued an Order granting the Rule 12(b)(6)
2 motion to dismiss the complaint by all defendants, i.e., GOLDEN WEST SAVINGS
3 ASSOCIATION SERVICE COMPANY; WORLD SAVINGS BANK, FSB, renamed
4 to WACHOVIA MORTGAGE and now a Division of WELLS FARGO BANK, N.A.
5     Therefore, this matter is hereby dismissed with prejudice and Judgment is
6 entered for the Defendants.

7
8 Dated: __JUL 30 2010__, 2010         _[signature]_
                                                                                        CLERK OF THE COURT

Exhibit A - pg. 3